UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID C LETTIERI,<br>Petitioner,<br>v.<br>FEDERAL MEDICAL CENTER DEVENS,<br>Respondent. | ) | Civil Action No. 26-cv-12896-LTS |

ORDER

August 18, 2026

SOROKIN, D.J.

David Lettieri, who is confined at FMC Devens, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in which he asks that this Court order the "Probation Department" to remove certain information from the presentence report in United States v. Lettieri, Crim. No. 21-cr-00020 (W.D.N.Y.). The petition is DENIED. Any challenge to the presentence report must be made with the sentencing court—in this case, the United States District Court for the Western District of New York. This Court lacks jurisdiction to provide the requested relief.[1]

Further, to the extent that Lettieri is raising an "actual innocence" argument, see Dkt. No. 1 at 7, the court notes that, in Jones v. Hendrix, 599 U.S. 465, 480 (2023), the Supreme Court

[1] Under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts—made applicable to 28 U.S.C. § 2241 cases through Rule 1(a)—a judge must dismiss a petition if it clearly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court. See also 28 U.S.C. § 2243, which provides that if it appears from a habeas corpus application that the applicant is not entitled to the writ, the court is not required to order the respondent to file a response.

held that, even where a federal prisoner asserts a claim of "actual innocence," a habeas corpus petition under § 2241 cannot be used to circumvent the limitations on second or successive motions under 28 U.S.C. § 2255 motion.

Accordingly, the petition is DENIED and this action is DISMISSED.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE